UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS HERNANDEZ PABLO,<br>Plaintiff,<br>v.<br>MARK KOUMANS, et al.,<br>Defendants. | Case No. 4:19-cv-05551-KAW<br>ORDER TO SHOW CAUSE<br>Re: Dkt. No. 16 |

On March 20, 2020, Defendants filed a motion to dismiss. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was April 3, 2020.

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before April 29, 2020, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendants may file a reply on or before May 6, 2020.

IT IS SO ORDERED.

Dated: April 21, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge